692

*Mr. Theodore L. Bailey* for petitioner. Messrs. *John E. Purdy* and *Edmund F. Lamb* for respondents.

No. 418. SMITH, RECEIVER, ET AL. *v.* MILLS. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Messrs. *Orlo R. Deahl* and *S. J. Crumpacker* for petitioners. *Mr. Robert A. Grant* for respondent.

No. 420. BEN ADLER SIGNS, INC. ET AL. v. WAGNER SIGN SERVICE, INC. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Max W. Zabel* for petitioners. *Mr. Albert G. McCaleb* for respondent.

No. 426. STROBL *v.* ZIDEK. October 28, 1940. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied. *Samuel Strobl, pro se. John Zidek, Jr., pro se.*

No. 427. CITY OF HURON *v.* EVENSON, TRUSTEE. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Max Royhl* for petitioner. *Mr. Perry F. Loucks* for respondent.

No. 428. MOORE *v.* HORTON, TRUSTEE IN BANKRUPTCY. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. *Richard Ford* and *Merlin Wiley* for petitioner.

*Mr. Jason L. Honigman* for respondent. 

No. 429. SCHOOL BOARD OF NORFOLK ET AL. *v.* ALSTON ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. M. Hughes, Jr.* for petitioners. *Messrs. Leon A. Ransom, Thurgood Marshall, Benjamin Kaplan,* and *W. Robert Ming, Jr.* for respondents. 

No. 430. STANOLIND PIPE LINE CO. *v.* OKLAHOMA TAX COMMISSION. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Donald Campbell, Guy H. Woodward,* and *John H. Cantrell* for petitioner. *Mr. F. M. Dudley* for respondent. 

No. 432. EINSON-FREEMAN CO., INC. *v.* CORWIN, FORMER COLLECTOR OF INTERNAL REVENUE, ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel Gordon James Judge* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for respondents. 

No. 433. CANADIAN RIVER GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Wales H. Madden, C. H. Keffer, Elmer L. Brock, John P. Akolt, E. R. Campbell, Milton Smith,* and *William A. Dougherty* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,*